DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DICKY THOMAS,**
Appellant,

v.

**DEDRA THOMAS WOODBURY, KYUNA WOODBURY,** and
**KATEY THOMAS,**
Appellees.

No. 4D2025-3545

[August 13, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 502022CA011916XXXXMB.

Dicky Thomas, Lake Worth, pro se.

G. Murray Hudson of Hudson Law, PLLC, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***